UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DASHE MORGAN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BERNSTEIN & POISSON et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:20-cv-00277-KJD-DJA<br><br>**ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Before the Court for consideration is the Report and Recommendation (#3) containing the findings and recommendations of Magistrate Judge Daniel Albregts entered March 27, 2020, recommending that Plaintiff's Motion to Proceed *in forma pauperis* (#1) be denied. Plaintiff did not object to the Report and Recommendation but did file a supplement nearly a month after objections were due. The supplement states that it includes Plaintiff's credit card statements as evidence of his need to proceed *in forma pauperis*. However, no such statements are included.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#3) containing the findings and recommendations of Magistrate Judge Daniel Albregts entered March 27, 2020, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) is **ADOPTED** and **AFFIRMED**.

IT IS FURTHER ORDERED that Plaintiff must pay the full $400 fee for a civil action within 14 days of the entry of this order or this action will be dismissed.

Dated this 27th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge